UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on January 13, 2015
by Clerk
U.S. Bankruptcy
Court District of New Jersey**

In Re:

Anthony J Konboz and Afaf Konboz,

Case No.:     14-21422

Hearing Date:  January 13, 2015

Chapter:    13

Judge Novalyn L. Winfield

### ORDER DENYING CLAIMS OBJECTION

The relief set forth on the following pages, numbered two (2) through ___2_____ is hereby **ORDERED**.

**DATED: January 13, 2015**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtor:          Anthony J Konboz and Afaf Konboz
Case No.:        14-21422
Caption of Order:    Order Denying Claims Objection

_____

      This matter having come before the court on the Debtors' objection to the proof of claim filed by World's Foremost Bank - Cabela's Club Visa, and it appearing to the court that the creditor has provided adequate support for its claim and the Debtors recognize the debt by listing it in their Schedule F, and good cause appearing, it is

ORDERED, that the Debtors' objection to the proof of claim filed by World's Foremost Bank - Cabela's Club Visa is denied.